WILSON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 4, 1916.) No. 4415. In Error to the District Court of the United States for the Eastern District of Oklahoma. William Pfeiffer, of Ardmore, Okl., for plaintiff in error. D. H. Linebaugh, U. S. Atty., and W. P. McGinnis, Sp. Asst. U. S. Atty., both of Muskogee, Okl. Before HOOK, Circuit Judge, and ELLIOTT and YOUMANS, District Judges.

HOOK, Circuit Judge. Wilson was convicted and sentenced for introducing or carrying a quart of whisky from without the state of Oklahoma into a part of that state which was formerly in Indian Territory contrary to Act March 1, 1895, c. 145, 28 Stat. 697. It is unnecessary to recite the evidence. We think it was insufficient to justify conviction, and that the request of the accused for a directed verdict in his favor should have been granted. The sentence is reversed, and the cause is remanded for a new trial.

YEE TUN v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 6, 1916.) No. 133. Appeal from the District Court of the United States for the Southern District of New York. R. M. Moore, of New York City, for appellant. H. Snowden Marshall, U. S. Atty., of New York City (H. A. Content, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before LACOMBE, COXE, and ROGERS, Circuit Judges.

PER CURIAM. Decree affirmed in open court.